**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MICHAEL LANIGAN,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 1:11-cv-01062-CKK |
| **HEALTH SERVICES FOR CHILDREN WITH SPECIAL NEEDS, INC.,** *et at.*, | ) ) ) ) |
| **Defendants.** | ) ) ) |

**STIPULATION OF DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of the Settlement Agreement dated January 24, 2012, and all conditions therein having been satisfied, Plaintiff Michael Lanigan ("Lanigan") and Defendants Health Services for Children with Special Needs, Inc., *et al.* ("HSC"), being all parties who have appeared in this action, by the undersigned, hereby stipulate and agree to the dismissal of the above-captioned action as follows:

1. Lanigan dismisses without prejudice all *qui tam* claims against HSC arising under the False Claims Act, 31 U.S.C. § 3729(a)(1) and the District of Columbia Procurement Reform Amendment Act, D.C. Code § 2-308.14(a) as contained in the above-captioned action.

2. Lanigan dismisses with prejudice all other claims against HSC contained in the above-captioned action.

3. Each party is to bear their own attorneys' fees and costs.

                                                          Respectfully submitted,

| */s/ David Scher* | */s/ Jeffery J. Lopez* |
|---|---|
| R. Scott Oswald, | Jeffrey J. Lopez, |
| David Scher, | Drinker Biddle & Reath LLP, |
| The Employment Law Group, P.C. | 1500 K Street, N.W., |
| 888 17th Street, NW, 9th Floor | Washington, DC 20005-1209 |
| Washington, D.C. 20006 | (202) 842-8866 |
| (202) 261-2806 | (202) 842-8465 (facsimile) |
| (202) 261-2835 (facsimile) | Jeffrey.lopez@dbr.com |
| soswald@employmentlawgroup.com | |
| dscher@employmentlawgroup.com | *Counsel for Defendants* |
| | |
| *Counsel for Plaintiff* | |

Dated: January 28, 2013

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 28th day of January, 2013, a copy of the foregoing was sent via electronic mail to the following:

Jeffrey J. Lopez,
Drinker Biddle & Reath LLP,
1500 K Street, N.W.,
Washington, DC 20005-1209
(202) 842-8866
(202) 842-8465 (facsimile)
Jeffrey.lopez@dbr.com

*Counsel for Defendant Health Services for Children with Special Needs, Inc., et al.*

                                          */s/ David Scher*
                                          R. Scott Oswald
                                          David Scher
                                          The Employment Law Group, P.C.
                                          888 17th Street, N.W., 9th Floor
                                          Washington, D.C.  20006
                                          (202) 261-2806
                                          (202) 261-2835 (facsimile)
                                          soswald@employmentlawgroup.com
                                          dscher@employmentlawgroup.com
                                          *Counsel for Plaintiff*