IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>DISTRICT OF COLUMBIA<br>*ex rel.* MICHAEL LANIGAN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HEALTH SERVICES FOR CHILDREN<br>WITH SPECIAL NEEDS, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:11-c-01062 (CKK) |

## UNITED STATES' CONSENT TO SETTLEMENT AND DISMISSAL

On January 28, 2013, the parties to this action filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), notifying the Court that they had resolved the case and agreed to dismiss the action. The Stipulation of Dismissal noted that the dismissal was without prejudice with respect to all claims against the defendants arising under the False Claims Act, 31 U.S.C. §§ 3729-3733.

The United States hereby gives its written consent to the proposed dismissal of this action, so long as the dismissal is without prejudice to the rights and interests of the United States. See 31 U.S.C. § 3730(b)(1). The United States has reviewed the terms of the parties' proposed settlement agreement and is satisfied that the interests of the United States will not be adversely affected by the terms of the agreement or by the dismissal of this action, so long as the dismissal is without prejudice to the United States. The United States is not a party to the proposed settlement agreement and it does not release the defendant from any liability that the defendant may have under the False Claims Act, 31 U.S.C. §§ 3729-3733.

A proposed Order reflecting the United States' written consent to the dismissal of this action is attached hereto.

                                        Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division

RONALD C. MACHEN JR.
United States Attorney
District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief

_____/s/_____
JENNIFER A. SHORT, D.C. Bar # 456884
Assistant United States Attorney
555 Fourth Street, NW, E 4415
Washington, DC  20530
Telephone: (202) 307-6078

DANIEL R. ANDERSON
SARA MCLEAN
PATRICIA M. FITZGERALD
Attorneys
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Post Office Box 261
Washington, D.C.  20044
Telephone: (202) 305-3173

January 28, 2013                    Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> DISTRICT OF COLUMBIA <br> *ex rel.* MICHAEL LANIGAN, <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH SERVICES FOR CHILDREN <br> WITH SPECIAL NEEDS, INC., *et al.*, <br><br> Defendants. | Case No. 1:11-c-01062 (CKK) |

## ORDER

Having received the parties' proposed Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), the United States' consent thereto, and because, pursuant to 31 U.S.C. § 3730(b)(1), the Court also approves of and consents to the parties' proposed resolution, it is hereby

**ORDERED** that this case shall be and hereby is dismissed.  The dismissal is without prejudice to the United States' right and ability to pursue any claims against the parties for violations of the False Claims Act, 31 U.S.C. §§ 3729-3733; and it is further

**ORDERED** that, except as provided in the Court's Order of October 10, 2012, the matters which preceded the United States' Notice of Election to Decline Intervention shall remain under seal.

**SO ORDERED** this _____ day of _____, 2013.

_____
Hon. Colleen Kollar-Kottelly
United States District Court Judge for the
District of Columbia

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 28th day of January 2013, I caused the foregoing United States' Consent to Settlement and Dismissal to be filed using the Court's CM/ECF system, thereby notifying counsel of record in this case, including:

>David Scher
>R. Scott Oswald
>The Employment Law Group, P.C.
>888 17th Street NW
>Suite 900
>Washington, D.C.   20006
>
>Jane Drummey
>Assistant Attorney General
>Office of the Attorney General for the District of Columbia
>441 4th Street, N.W.
>Suite 650 – North
>Washington, DC 20001

I further certify that a copy of the foregoing United States' Consent to Settlement and Dismissal was served, via electronic mail, to:

>Jeffrey J. Lopez
>Drinker Biddle & Reath LLP
>1500 K Street, N.W.
>Washington, DC  20005-1209
>Jeffery.lopez@dbr.com

                                                            /s/
                                           Jennifer A. Short
                                           Assistant United States Attorney